UNITED STATES DISTRICT COURT

District Of North Dakota

Serena Ruiz, as plaintiff                              Index.

                           vs.                         Complaint

Brian Gottlieb, as defendant

_____

1. Defendant, what others described as kind-hearted, failed to remain the same when doing his job,

2. When adjudicating issues, he showed tardiness, leaving things undecided,

3. Plaintiff requests an issuance of mandamus for Brian Gottlieb to resolve the backlog as soon as possible, which this Court has jurisdiction.

I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

1/20/26

*Serena Ruiz*